DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————

JONATHAN GREEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1398

—————————————

September 3, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Pasco County; Mary M. Handsel, Judge.

Jonathan Green, pro se.

PER CURIAM.

Affirmed.  *See State v. Brooks*, 890 So. 2d 503 (Fla. 2d DCA
2005); *State v. Gutierrez*, 10 So. 3d 158 (Fla. 3d DCA 2009).

BLACK, SLEET, and LABRIT, JJ., Concur.

—————————————

Opinion subject to revision prior to official publication.